STATE OF NORTH CAROLINA v. RUDOLPH BERRY, JR.

No. 745SC1008

(Filed 5 March 1975)

APPEAL by defendant from *Cowper, Judge.* Judgment entered 29 August 1974 in Superior Court, NEW HANOVER County. Heard in the Court of Appeals 14 February 1975.

*Attorney General Edmisten, by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*Charles E. Sweeny, Jr., for defendant appellant.*

PARKER, VAUGHN and MARTIN, Judges.

No error.

---

STATE OF NORTH CAROLINA v. TERRY MASON

No. 7422SC866

(Filed 5 March 1975)

APPEAL by defendant from *Copeland, Judge.* Judgment entered 11 June 1974 in Superior Court, IREDELL County. Heard in the Court of Appeals 16 January 1975.

*Attorney General Edmisten, by Assistant Attorney General Ralf F. Haskell, for the State.*

*Warren A. Winthrop for defendant appellant.*

VAUGHN, MARTIN and ARNOLD, Judges.

No error.